IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
JOHN MOTEN, III

CHAPTER 7  
CASE NO. 19-11525

Debtor(s)

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 232 Mossy Bank Dr. Martinez GA, Columbia County 30907-0000 | $140,429.00 | $10,020.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2013 Lexus E350 Mileage: 72,000 Other Information: Location: 232 Mossy Bank Dr., Martinez GA 30907 | $18,746.00 | $3,000.00 | |
| 2008 Lexus G350 Mileage: 160,000 Other Information: Location: 232 Mossy Bank Dr., Martinez GA 30907 | $5,956.00 | $2,000.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $1,000.00 | $1,000.00 | |
| **Electronics** | $1,500.00 | $1,500.00 | |
| **Collectibles of value** | | | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $300.00 | $300.00 | |
| **Jewelry** | $300.00 | $300.00 | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $20.00 | $20.00 | |
| **Deposits in banks, etc.** | | | |
| Checking South State Bank | $3.00 | $3.00 | |
| Checking Navy Federal Credit Union | $3.00 | $3.00 | |
| Savings Navy Federal Credit Union | $0.00 | $0.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance policies** | | | |
| Term Life Insurance with Employer estate | $0.00 | $0.00 | |
| **Tax refunds** | | | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |

Inventory
Farm or Comm. Fishing Equip./Supplies/Farm animals
Other Personal Property of Any Kind

NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: December 18, 2019

James C. Overstreet, Jr., Trustee