IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:                                      CHAPTER 7, CASE NO. 19-10151-SDB
**Antanas Stasys Liutkus**
                    Debtor(s)                          TRUSTEE'S FILE NO.

### TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

|  | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | *real estate located on Bay Hill not abandoned* |
| 587 Bay Hill Augusta GA 30907-0000 Columbia | $ 461,199.00 | $ 21,500.00 | |
| Timeshare in Hilton Head Island, SC | $ 0.00 | $ | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2015 Honda Odyssey mileage: ~50,000 Fair condition | $ 15,575.00 | $ | 0.00 |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 1,535.00 | $ | 1,535.00 |
| **Electronics** | $ 740.00 | $ | 740.00 |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| Clothes (Includes furs, designer wear, shoes, accessories) | $ 200.00 | $ | 200.00 |
| **Jewelry** | $ 300.00 | $ | 300.00 |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ 20.00 | $ | 20.00 |
| **Deposits in banks, etc.** | | | |
| Navy Federal | $ 57.09 | $ | 57.09 |
| Wells Fargo | $ 1,650.22 | $ | 1,650.22 |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| Farm or Comm. Fishing Equip./Supplies/Farm animals | $ | $ | |
| **Other Personal Property of Any Kind** | | | |

NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: 05/15/19

_____
Joseph E. Mitchell, III, Trustee