# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

IN RE:                                                                                          CASE NO.: 19-10151

Antanas Stasys Liutkus,                                                                 CHAPTER 7

DEBTOR.

_____/

## LIMITED RESPONSE TO APPLICATION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, TO PAY PROFESSIONALS, TO PAY CLEANUP EXPENSES AND TO DEFER FILING FEE

**COMES NOW**, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Application to Sell Real Property Free and Clear of Liens, to pay Professionals, to pay Cleanup Expenses and to defer Filing Fee ("Motion") (DE #47) and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the Debtor real property ("Subject Property") located at 587 Bay Hill, Martinez, GA 30907 via a note and mortgage dated December 12, 2013, in the amount of $288,000.00 and recorded on December 26, 2013 in Book 9220, Pages 214-220, in the Public Records of Columbia County, Georgia.

2. On April 15, 2020, Joseph E. Mitchell, III, ("Trustee") filed this instant Application to Sell Real Property Free and Clear of Liens, to pay Professionals, to pay Cleanup Expenses and to defer Filing Fee ("Motion") (DE #47).

3. In said Motion, Trustee is seeking to sell the Subject Property to one of three written offers provided by William F. Franke, III ("Broker") as real estate agent for the Trustee for $ 345,000.00, or $323,000.00 or $300,000.00.

4. The estimated payoff of Secured Creditor's lien is $294,865.92 as of December 9, 2019. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

5. Secured Creditor does not object to the Trustee's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

6. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

7. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

8. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order requiring that its lien be paid in full from the sales proceeds and for any and all further relief this Court deems just and proper.

Date:  May 8, 2020

>Robertson, Anschutz, Schneid & Crane, LLC
>Authorized Agent for Secured Creditor
>10700 Abbott's Bridge Road, Suite 170
>Duluth, GA 30097
>Telephone: 470-321-7112
>Fax: 404-393-1425
>
>By: /s/ Andrea L. Betts
>Andrea L. Betts
>GA Bar # 432863
>abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 8, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused to be served a true and correct copy via CM/ECF or United States Mail to the following parties:

Antanas Stasys Liutkus
2948 Foxhall Circle
Augusta, GA 30907

Matthew James Duncan
Duncan & Brow, Attorneys at Law, LLLP
2608 Commons Boulevard
Suite A
Augusta, GA 30909

Joseph E. Mitchell, III, Trustee
Joseph E. Mitchell, III, P.C.
P O Box 2504
Augusta, GA 30903

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

                                            Robertson, Anschutz, Schneid & Crane, LLC
                                            Authorized Agent for Secured Creditor
                                            10700 Abbott's Bridge Road, Suite 170
                                            Duluth, GA 30097
                                            Telephone: 470-321-7112
                                            Fax: 404-393-1425

                                            By: /s/ Andrea L. Betts
                                            Andrea L. Betts
                                            GA Bar # 432863
                                            abetts@rascrane.com



| | |
|---|---|
| MONDAY - FRIDAY: | 8AM - 10PM ET |
| SATURDAY: | 8AM - 3PM ET |
| PHONE NUMBER: | (800) 365-7107 |
| FAX NUMBER: | (866) 467-1187 |
| E-MAIL: | LOANSERVICING@SHELLPOINTMTG.COM |

December 09, 2019

LIUTKUS, ANTANAS S
587 BAY HILL

MARTINEZ, GA 30907

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID ███████████
ANTANAS S LIUTKUS
ANTHONY M LIUTKUS
587 BAY HILL
MARTINEZ, GA   30907
Loan Type: Conventional

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address.  Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit.  The payoff is subject to final audit when presented.  Any overpayment or refunds will be mailed directly to the borrower.  We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **12/9/2019** |
|---|---|
| Principal Balance | $264,599.67 |
| Interest To 12/9/2019 | $19,113.73 |
| Fees | $2,778.15 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower | $5,526.03 |
| Funds owed to borrower | ($21.55) |
| Deferred Principal | $2,869.89 |
| | |
| **Total Payoff** | **$294,865.92** |
| Per diem | $32.62 |

The next payment due date is 6/1/2018. Payments are made by Billing on a Monthly basis. The interest rate for this payment is 4.50000% and the P & I payment is 1,459.25.  The taxes are next due 11/15/2020.
**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

<u>Mailing Address</u>
Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601



MONDAY - FRIDAY: 8AM - 10PM ET
SATURDAY: 8AM - 3PM ET

PHONE NUMBER: (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**ANTANAS S LIUTKUS  -  Loan ID**

## FEE DETAILS

| **Description** | **Amount** |
|---|---|
| Late Charge Payment | $656.64 |
| Adv/ Publishing | $326.50 |
| FC Costs | $1,340.01 |
| Property Inspection | $165.00 |
| Title Cost | $290.00 |
| | **$2,778.15** |

## FUNDS OWED BY BORROWER DETAILS

| **Description** | **Amount** |
|---|---|
| Escrow Only Payment | $5,526.03 |
| | **$5,526.03** |

# Reinstatement Balance

## LOAN DETAILS

| | |
|---|---|
| LoanID: | |
| Due Date: | 6/1/2018 |
| Current Principal Balance: | $264,599.67 |
| Escrow Balance: | ($5,526.03) |
| Unapplied Balance: | $21.55 |
| Late Charge Balance: | $656.64 |
| NSF Fee Balance: | $0.00 |
| Legal Fee Balance: | $1,340.01 |
| Accrual Balance: | $0.00 |
| Other Fees Balance: | $781.50 |
| Figure Good Thru Date: | 12/9/2019 |

## BORROWER INFO

| | |
|---|---|
| Primary Borrower Name: | LIUTKUS, ANTANAS S |
| Co Borrower Name: | |

## REINSTATEMENT FIGURES

| | |
|---|---|
| Total PITI Payments Due: | $33,760.17 |
| Total Corp Adv/Late/NSF/Atty Fees: | $2,778.15 |
| Unapplied Balance: | ($21.55) |
| Escrow Required: | $0.00 |
| Outstanding FC Fees & Costs: | $0.00 |
| **Total Reinstatement Figure*:** | **$36,516.77** |

*(Total PITI + Fees + Unapplied + Escrow Required + FC Fees & Costs)

The account may not be funded for the coming year

## PAYMENTS DUE DETAIL

| Due Date | Interest Rate | Prin & Int Pmt | Escrow Pmt | Total Payment | Principal Amount | Interest Amount | Principal Bal |
|---|---|---|---|---|---|---|---|
| 6/1/2018 | 4.500% | $1,459.25 | $148.12 | $1,607.37 | $467.00 | $992.25 | $264,132.67 |
| 7/1/2018 | 4.500% | $1,459.25 | $289.60 | $1,748.85 | $468.75 | $990.50 | $263,663.92 |
| 8/1/2018 | 4.500% | $1,459.25 | $289.60 | $1,748.85 | $470.51 | $988.74 | $263,193.41 |
| 9/1/2018 | 4.500% | $1,459.25 | $289.60 | $1,748.85 | $472.27 | $986.98 | $262,721.14 |
| 10/1/2018 | 4.500% | $1,459.25 | $286.62 | $1,745.87 | $474.05 | $985.20 | $262,247.09 |
| 11/1/2018 | 4.500% | $1,459.25 | $286.62 | $1,745.87 | $475.82 | $983.43 | $261,771.27 |
| 12/1/2018 | 4.500% | $1,459.25 | $286.62 | $1,745.87 | $477.61 | $981.64 | $261,293.66 |
| 1/1/2019 | 4.500% | $1,459.25 | $286.62 | $1,745.87 | $479.40 | $979.85 | $260,814.26 |
| 2/1/2019 | 4.500% | $1,459.25 | $286.62 | $1,745.87 | $481.20 | $978.05 | $260,333.06 |
| 3/1/2019 | 4.500% | $1,459.25 | $362.09 | $1,821.34 | $483.00 | $976.25 | $259,850.06 |
| 4/1/2019 | 4.500% | $1,459.25 | $362.09 | $1,821.34 | $484.81 | $974.44 | $259,365.25 |
| 5/1/2019 | 4.500% | $1,459.25 | $362.09 | $1,821.34 | $486.63 | $972.62 | $258,878.62 |
| 6/1/2019 | 4.500% | $1,459.25 | $362.09 | $1,821.34 | $488.46 | $970.79 | $258,390.16 |
| 7/1/2019 | 4.500% | $1,459.25 | $362.09 | $1,821.34 | $490.29 | $968.96 | $257,899.87 |
| 8/1/2019 | 4.500% | $1,459.25 | $354.79 | $1,814.04 | $492.13 | $967.12 | $257,407.74 |
| 9/1/2019 | 4.500% | $1,459.25 | $354.79 | $1,814.04 | $493.97 | $965.28 | $256,913.77 |
| 10/1/2019 | 4.500% | $1,459.25 | $354.79 | $1,814.04 | $495.82 | $963.43 | $256,417.95 |
| 11/1/2019 | 4.500% | $1,459.25 | $354.79 | $1,814.04 | $497.68 | $961.57 | $255,920.27 |
| 12/1/2019 | 4.500% | $1,459.25 | $354.79 | $1,814.04 | $499.55 | $959.70 | $255,420.72 |
| | | | Total Payments Due: | $33,760.17 | Count: | 19 | |

**Please add any outstanding foreclosure fees and costs to this reinstatement



Shellpoint Mortgage Servicing